UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61401-CIV-ZLOCH

JOHN DALY ENTERPRISES, LLC,
and JOHN DALY,

        Plaintiffs,

vs.

HIPPO GOLF COMPANY, INC.,

        Defendant.
_____/

**CONSENT FINAL JUDGMENT**

THIS MATTER is before the Court upon the Joint Motion For Entry of Consent Final Judgment (DE 81) filed herein by all Parties.  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

On August 13, 2009, the Court entered an Order (DE 79) granting partial summary judgment in favor of Plaintiffs on the issue of liability on Counts I, IV, and V of the Complaint. Following entry of the Court's Order, the Parties entered into an agreement which provides for the entry of a Consent Final Judgment consistent with the court's finding of liability on Counts I, IV, and V of the Complaint.  Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Court has jurisdiction over the Parties hereto and the subject matter herein;

    2. The Joint Motion For Entry of Consent Final Judgment (DE 81) filed herein by all Parties be and the same is hereby **GRANTED**;

    3. Pursuant to Federal Rule of Civil Procedure 58, final

judgment be and the same is hereby **ENTERED** in favor of Plaintiffs John Daly Enterprises, LLC, and John Daly and against Defendant Hippo Golf Company, Inc.;

    4. The Parties' Joint Motion For Entry of Consent Final Judgment (DE 81) be and the same is hereby approved, adopted, and ratified;

    5. Plaintiffs John Daly Enterprises, LLC, and John Daly do have and recover from Defendant Hippo Golf Company, Inc. the sum of $1,500,000.00, together with interest thereon at a rate of 0.42% per annum from the date of this Consent Final Judgment, for all of which let execution issue;

    6. The remaining causes of action have been voluntarily dismissed by Plaintiffs; and

    7. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of September, 2009.

                                               WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:

All Counsel of Record